IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AIR DYNAMICS INDUSTRIAL SYSTEMS, INC.,** : | CIVIL ACTION NO. 1:19-CV-2073 |
| : | |
| : | **(Judge Conner)** |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| **D. AARON LEHMAN and SYSTEM OF SYSTEMS, INC.,** : | |
| : | |
| **Defendants** : | |

# ORDER

AND NOW, this 6th day of November, 2020, upon consideration of the motion (Doc. 8) to dismiss by defendants, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 8) is DENIED.

2. The parties are directed to meet and confer and, on or before **Friday, November 20, 2020**, jointly file a proposed pretrial and trial schedule in accordance with the court's trial term calendar as attached hereto.

          /S/ CHRISTOPHER C. CONNER
          Christopher C. Conner
          United States District Judge
          Middle District of Pennsylvania